DANIEL FEDER, #130867
LAW OFFICE OF DANIEL FEDER
332 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: 415/391-9476
Facsimile: 415/391-9432
Email: daniel@dfederlaw.com

Attorneys for Plaintiff
BRITTNEY LOZANO

MARC L. JACUZZI, # 173220
KENDALL M. BURTON, #228720
SIMPSON, GARRITY, INNES & JACUZZI, P.C.
2175 N. California Blvd, #710
Walnut Creek, CA 94596
Telephone: 925-322-8889
Facsimile: 925-322-8890
Email: mjacuzzi@sgijlaw.com
kburton@sgijlaw.com

Attorneys for Defendant
MERCY HOUSING MANAGEMENT GROUP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY LOZANO, <br><br> Plaintiff, <br><br> v. <br><br> MERCY HOUSING MANAGEMENT GROUP INC., <br><br> Defendant. | Case No.: 3:17-cv-01897 JST <br><br> **STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** <br><br> Complaint Filed: 04/05/2017 <br> Trial Date: 07/16/2018 |

**IT IS HEREBY STIPULATED** by and between Plaintiff BRITNEY LOZANO ("Plaintiff") and Defendant MERCY HOUSING MANAGEMENT GROUP, INC ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41, this action be dismissed with prejudice.

1 **IT IS FURTHER STIPULATED** between Plaintiff and Defendants that this case has
2 been settled as between them and all issues and controversies have been resolved to their mutual
3 satisfaction.
4 .
5           Respectfully submitted,
6 Dated: March 12, 2018     LAW OFFICE OF DANIEL FEDER
7
8     By: /s/ Daniel Feder
9     DANIEL FEDER
    Attorney for Plaintiff
10
11 Dated: Mar 14, 2014     SIMPSON, GARRITY, INNES & JACUZZI
12
13
14     By: [signature]
    MARC L. JACUZZI
15     KENDALL M. BURTON
    Attorneys for Defendant
16

17     **ORDER**
18 The parties having so stipulated,
19 **IT IS HEREBY ORDERED** as follows:
20 This action in its entirety is dismissed with prejudice.
21 **IT IS SO ORDERED.**
22 Dated: March 20, 2018
23 ~~Magistrate Judge Jacqueline Scott Corley~~

**GRANTED**
Judge Jon S. Tigar
(United States District Court, Northern District of California)